MORGAN, LEWIS & BOCKIUS LLP
RICHARD W. ESTERKIN, State Bar No. 70769
PRESCOTT LITTLEFIELD, State Bar No. 259049
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501

Counsel for Debtor and Debtor in Possession,
Boneyard, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BONEYARD, LLC,<br><br>　　　　　Debtor, | Case No. 8:09-BK-23930-ES<br><br>Chapter Number: 11<br><br>**NOTICE OF AMENDMENTS TO SALE AGREEMENT**<br><br>Date: January 14, 2010<br>Time: 10:30 a.m.<br>Ctrm: 5A |

**TO THE PARTIES HERETO AND THEIR ATTORNEYS OF RECORD,** please take notice that the proposed Purchase and Sale Agreement and Joint Escrow Instructions by and between the Boneyard, LLC, debtor and debtor in possession, (the "Debtor") and Toll Bros., Inc. ("Toll") (the "Sale Agreement") has been amended as follows:

　　　　1.　　Pursuant to letter agreements dated December 29, 2009, January 11, 2010 and January 12, 2010, the "Review Period" provided for in the Sale Agreement has been extended to January 20, 2010. Copies of the foregoing letter agreements are attached hereto as Exhibits 1, 2 and 3, respectively.

　　　　2.　　Pursuant to a First Amendment to Purchase and Sale Agreement, a copy of which

////

////

////

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21505422.1                                              1

1  is attached hereto as Exhibit 4, the Debtor and Toll agreed to amend Section 6.4 of the Sale

2  Agreement.

3  Dated: January 13, 2010

MORGAN, LEWIS & BOCKIUS LLP
RICHARD W. ESTERKIN
PRESCOTT LITTLEFIELD

By   /s/ Richard W. Esterkin
   Richard W. Esterkin
   Attorneys for Debtor and Debtor in
   Possession, Boneyard, LLC

| In re:<br>BONEYARD, LLC | Debtor(s). | CHAPTER  11<br>CASE NUMBER  8:09-bk-23930-ES |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
300 South Grand Avenue, 22nd Floor, Los Angeles, CA  90071

A true and correct copy of the foregoing document described NOTICE OF AMENDMENTS TO SALE AGREEMENT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 13, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

    Frank Cadigan    frank.cadigan@usdoj.gov
    Beth Ann R Young    bry@lnbrb.com
    Richard W Esterkin    resterkin@morganlewis.com
    United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On January 13, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
VIA U.S. MAIL
Honorable Erithe A. Smith
Ronald Reagan Federal Building
411 West Fourth Street, Suite 5041
Santa Ana, CA  982701-4593

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 13, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
VIA E-MAIL:
L. Allan Songstad, Jr., Esq. (Songstad & Randall LLP) – asongstad@sr-firm.com
William D. Coffee (Songstad & Randall LLP) – bcoffee@sr-firm.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 13, 2010 | Victoria L. Rader | *Victoria L. Rader* |
|---|---|---|
| Date | Type Name | Signature |

| In re:<br>BONEYARD, LLC | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER  8:09-bk-23930-ES |

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

VIA U.S. MAIL:

Leighton and Associates Inc
17781 Cowan Suite 200
Irvine, CA  92614-6009

Olson Urban Housing
3010 Old Ranch Parkway, Suite 100
Seal Beach, CA  90740

MBK Homes
962 Junipero Drive
Costa Mesa, CA  92626

Standard Pacific Homes
13340 Beach Avenue
Marina del Rey, CA  90292

Alta Verde Group
315 South Beverly Drive, Suite 208
Beverly Hills, CA  90212

Long Beach Water Department
1800 East Warlow Road
Long Beach, CA 90807

Los Angeles County Tax Collector
Kenneth Hahn Hall of Administration
225 North Hill Street Room 109
Los Angeles, California 90012

The Alamitos Ridge LLC
Attn Geoffrey R Le Plastrier
19800 MacArthur Blvd Suite 1150
Irvine, CA 92612

A Throne Co Inc
1850 E 33rd Street
Long Beach, CA  90807

American Fence Company Inc
PO Box 19040
Phoenix, AZ  85005-9040

Excel Paving Company
PO Box 16405
Long Beach,  CA 90806-5841

Steiny and Company Inc
Electrical Contractors & Engineers
12907 E Garvey Avenue
Baldwin Park, CA 91706

United Site Service of CA Inc
Southern Division
3408 Hillcap Avenue
San Jose, CA 95136

Armstrong Robitaille Reigle
2127 W Orangewood Suite 100
Orange, CA 92868

Christopher Homes
9500 Hillwood Drive, Suite 200
Las Vegas, NV  89134

Watt Communities
2716 Ocean Park Blvd., Suite 2025
Santa Monica, CA  90405

Toll Brothers
4204 Valley View Ave
Yorba Linda, CA 92886

California Real Estate Advisors
One half Marguerite Ave
Corona Del Mar, CA 92625

Pacific Western Bank
10250 Constellation Blvd Suite 1640
Los Angeles, CA 90067

Barto Signal Petroleum Inc
Attn Dave Slater
2901 Orange Ave
Signal, CA 90806

Mesa Verde Development
95 Argonaut, Suite 160
Aliso Viejo, CA  92656

AH&S Construction Corporation
2439 Cerritos Avenue
Signal Hill, CA  90755

Closson & Closson Inc
12452 Vista Panorama
Santa Ana, CA  92705

L&S Construction Inc
674 N Batavia Street
Orange, CA  92868-1221

Sukut Construction Inc
4010 W Chandler Avenue
Santa Ana, CA 92704

Warmington Homes
3090 Pullman Street
Costa Mesa, California 92626

William Lyon Homes
4490 Von Karman Avenue
Newport Beach, CA  92660

New West Homes
450 Newport Center Drive, Suite 480
Newport Beach, CA  92660

Oaktree Capital Management, L.P.
333 South Grand Avenue, 28th Floor
Los Angeles, CA  90071

Trumark Homes
9911 Irvine Center Drive, Suite 150
Irvine, CA  92618

Kabo Equipment Inc
2973 Harbor Blvd Suite 487
Costa Mesa, CA 92626

Le Plastrier Management Co Inc
Attn Geoffrey R Le Plastrier
19800 MacArthur Blvd Suite 1150
Irvine, CA 92612

LandCap Partners
2000 Avenue of the Stars
Los Angeles, CA  90067

Commercial Mobile Systems
PO Box 790
Riverside, CA  92502-0790

Development Resource Consultants
8175 E. Kaiser Boulevard
Anaheim Hills, CA  92808

Pacific Shores Masonry Inc
1369 Walker Lane
Corona, CA 92879

Temp Power Systems
625 S Fee Ana Street
Placentia, CA 92870

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
DB2/21505422.1

**F 9013-3.1**