MORGAN, LEWIS & BOCKIUS LLP
RICHARD W. ESTERKIN, State Bar No. 70769
PRESCOTT LITTLEFIELD, State Bar No. 259049
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501

Counsel for Debtor and Debtor in Possession,
Boneyard, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re

Boneyard, LLC,

          Debtor.

Case No. 8:09-bk-23930-ES

Chapter Number: 11

**DECLARATION OF FRAWN GRANADOS IN SUPPORT OF DEBTOR'S MOTION FOR ORDER AUTHORIZING UNSECURED DEBTOR IN POSSESSION CREDIT; NOTICE OF MOTION AND MOTION FOR DEBTOR IN POSSESSION CREDIT FILED CONCURRENTLY HEREWITH**

Date:       March 30, 2010
Time:      10:30 a.m.
Ctrm:      5A

      I, Frawn Granados, declare:

      1.     I am the Managing Director of Le Plastrier Management Company, Inc. ("**Le Plastrier Management**").  I have been with Le Plastrier Management since 1998, and have been the Managing Director since 2000.  Le Plastrier Management is the sole member of Luckey Industrial, LLC ("**Luckey**").  Le Plastrier Management is the sole member of Boneyard, LLC ("**Boneyard**").

      2.     In or around June 2009, Boneyard and Luckey were each formed under the laws of the State of Delaware as limited liability companies.

3. On December 14, 2009, Boneyard filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

4. On December 21, 2009, Luckey filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

5. In or around June 2009, Boneyard purchased a parcel of improved land from The Alamitos Ridge, LLC ("**Alamitos Ridge**") known as Tract Map Number 52702, Long Beach, CA (the "**Property**"). Boneyard purchased the Boneyard Property subject to a trust deed that secures a loan owing to Pacific Western Bank with an outstanding balance of approximately $13.5 million (the "**Loan**"). Luckey also owns certain real property which is subject to a trust deed in favor of Pacific Western Bank securing a guarantee of the Loan.

6. The purpose of the chapter 11 cases filed by Boneyard and Luckey is to protect the equity that exists in the combined properties owned by Boneyard and Luckey for the benefit of their unsecured creditors and equity holders.

7. The Property consists of 106 lots that are being held for development into single family homes. Boneyard is required to convey 21 lots within the Boneyard Property (the "**Oil Lots**") to Barto/Signal Hill Petroleum, Inc. in exchange for notes in the sum of $30,000 per lot, which will be due and payable when Barto/Signal Hill Petroleum, Inc. sells each of the Oil Lots. Those notes will each be secured by a trust deed upon one of the Oil Lots.

8. As a condition to obtaining the entitlements to the Property, Alamitos Ridge was required to obtain two bonds (the "**Bonds**"). Alamitos Ridge's obligation to indemnify the issuer of those bonds was secured by two letters of credit, which letters of credit were secured cash deposits, in the original sum of $250,000 each, one of which is at Pacific Western Bank and the other of which is at Commercial Bank of California. The deposits have been accruing interest; however, both the principal and interest still stand as security for the letters of credit and are thus unavailable to Boneyard.

9. On January 14, 2010, this Court approved a sale of 85 of the 106 lots comprising the Property, and common area, to Lennar Homes of California, Inc. for a gross sales price of $11,500,000.

1  10.  Boneyard's sole material assets are the remainder of the Property and the cash
2  deposits securing the letters of credit that secure the Bonds.

3  11.  Luckey's sole material asset is the real property it owns that serves as security for
4  its guarantee of the Loan.

5  12.  Boneyard has incurred, and will continue to incur, United States Trustee's fees as a
6  result of its having filed its chapter 11 case. In addition, due to the recent heavy rains, Boneyard
7  has hired vendors to control storm water run off from the Property so as to avoid damage to the
8  Property from erosion and to ensure that the Property complied with local and State regulations
9  regarding waste water discharge. Boneyard may incur other, similar charges in the future, prior
10 to the time that it emerges from chapter 11.

11 13.  Boneyard does not have any unrestricted funds with which to pay any obligations,
12 either in connection with the remainder of the Property or with the administration of this case. As
13 a result, Boneyard has requested that Le Plastrier Management advance funds to it, as necessary.
14 Le Plastrier Management is willing to advance those funds, from time to time, in its sole and
15 absolute discretion, as an administrative expense, interest free.

16 I declare under penalty of perjury that the foregoing is true and correct and that this
17 declaration was executed at Irvine, California on March 2, 2010.

_____
Frawn Granados

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/21544851.2

3

| In re:<br>BONEYARD, LLC<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER  8:09-bk-23930-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

.I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
300 South Grand Avenue, 22nd Floor, Los Angeles, CA  90071

A true and correct copy of the foregoing document described DECLARATION OF FRAWN GRANADOS IN SUPPORT OF DEBTOR'S MOTION FOR ORDER AUTHORIZING UNSECURED DEBTOR IN POSSESSION CREDIT; NOTICE OF MOTION AND MOTION FOR DEBTOR IN POSSESSION CREDIT FILED CONCURRENTLY HEREWITH will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 4, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

  Frank Cadigan    frank.cadigan@usdoj.gov
  Beth Ann R Young    bry@lnbrb.com
  Richard W Esterkin    resterkin@morganlewis.com
  United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
  David L. Neale    dln@lnbrb.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 4, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
VIA U.S. MAIL
  Honorable Erithe A. Smith
  Ronald Reagan Federal Building
  411 West Fourth Street, Suite 5041
  Santa Ana, CA  982701-4593

  William D. Coffee
  Songstad & Randall LLP
  2201 Dupont Drive, Suite 100
  Irvine, CA  92612

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 4, 2010 | Victoria L. Rader | *Victoria L. Rader* |
|---|---|---|
| Date | Type Name | Signature |

| In re:<br>BONEYARD, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER  8:09-bk-23930-ES |

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL

VIA U.S. MAIL:

| | | |
|---|---|---|
| A Throne Co., Inc.<br>1850 E. 33rd Street<br>Long Beach, CA 90807 | AH&S Construction Corporation<br>2439 Cerritos Avenue<br>Signal Hill, CA  90755 | American Fence Company, Inc.<br>c/o CT Corporation System<br>818 West Seventh St.<br>Los Angeles, CA 90017 |
| Closson & Closson, Inc.<br>12452 Vista Panorama<br>Santa Ana, CA 92705 | Commercial Mobile Systems<br>263 Main Street<br>Riverside, CA  92501 | Development Resource Consultants<br>2603 Main St, 9th Fl.<br>Irvine, CA 92614 |
| Excel Paving Company<br>2230 Lemon Ave.<br>Long Beach, CA 90806 | L&S Construction Inc<br>24405 Via Lenardo<br>Yorba Linda, CA 92686 | Sukut Construction Inc<br>4010 W Chandler Avenue<br>Santa Ana, CA 92704 |
| Pacific Shores Masonry Inc<br>1369 Walker Lane<br>Corona, CA 92879 | Steiny and Company Inc<br>Electrical Contractors & Engineers<br>27 Sheridan St.<br>Vallejo, CA 94590 | United Site Service of CA Inc<br>Southern Division<br>c/o CT Corporation<br>818 West Seventh St<br>Los Angeles, CA 90017 |
| Temp Power Systems<br>625 S Fee Ana Street<br>Placentia, CA 92870 | Armstrong Robitaille Reigle<br>2127 W Orangewood Suite 100<br>Orange, CA 92868 | Leighton and Associates Inc<br>17781Cowan Suite 200<br>Irvine, CA  92614-6009 |
| Long Beach Water Department<br>1800 East Warlow Road<br>Long Beach, CA 90807 | California Real Estate Advisors<br>One half Marguerite Ave<br>Corona Del Mar, CA 92625 | Pacific Western Bank<br>10250 Constellation Blvd Suite 1640<br>Los Angeles, CA 90067 |
| Los Angeles County Tax Collector<br>Kenneth Hahn Hall of Administration<br>225 North Hill Street Room 109<br>Los Angeles, California  90012 | Kabo Equipment Inc<br>2973 Harbor Blvd Suite 487<br>Costa Mesa, CA 92626 | Le Plastrier Management Co Inc<br>Attn Geoffrey R Le Plastrier<br>19800 MacArthur Blvd Suite 1150<br>Irvine, CA 92612 |
| The Alamitos Ridge LLC<br>Attn Geoffrey R Le Plastrier<br>19800 MacArthur Blvd Suite 1150<br>Irvine, CA 92612 | Barto Signal Petroleum Inc<br>Attn Dave Slater<br>2901 Orange Ave<br>Signal Hill, CA 90806 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9013-3.1**
DB2/21544851.3